UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| SHANE J., | Case No. 23-CV-407 (NEB/LIB) |
| Plaintiff, | |
| v. | ORDER ACCEPTING REPORT AND RECOMMENDATION |
| MARTIN J. O'MALLEY, Commissioner of Social Security Administration, | |
| Defendant. | |

---

The Court has received the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois. (ECF No. 15.) No party has objected to that Report and Recommendation, and the Court therefore reviews it for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based upon all the files, records, and proceedings in the above-captioned matter, IT IS HEREBY ORDERED THAT:

1. The Report and Recommendation (ECF No. 15) is ACCEPTED;

2. Plaintiff's request for relief (ECF No. 12) is GRANTED in part and DENIED in part, as set forth in the R&R;

3. Defendant's request for relief (ECF No. 14) is DENIED; and

4. The above captioned matter is REMANDED to the Social Security Administration, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings consistent with the Report and Recommendation.

2

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: August 19, 2024  BY THE COURT:

s/Nancy E. Brasel
Nancy E. Brasel
United States District Judge